UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>            Plaintiff,<br><br>        v.<br><br>JIM HUMES, et al.,<br><br>            Defendants. | Case No.  21-cv-02222-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Drevaleva v. Justices of the California Court of Appeal for the First District, Division Four et al.*, Case No. 3:20-cv-7017-EMC.

**IT IS SO ORDERED.**

Dated: April 2, 2021

_____

KANDIS A. WESTMORE
United States Magistrate Judge